IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-00148-AP

Toby Martinez,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
 Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

### 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Nicholas Purifoy, MO #57816, Esq. | JOHN F. WALSH |
| Midland Group/Disability Professionals | United States Attorney |
| 5020 Bob Billings Parkway, Suite C | |
| Lawrence, KS 66049 | WILLIAM PHARO |
| Telephone: (785) 832-8521 | Assistant United States Attorney |
| Fax: (785) 831-0006 | United States Attorney's Office |
| npurifoy@midlandgroup.com | District of Colorado |
| | William.Pharo@usdoj.gov |
| | |
| | DAVID I. BLOWER |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-1571 |
| | david.blower@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** January 21, 2011

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** January 26, 2011

    C.    **Date Answer and Administrative Record Were Filed:** March 28, 2011

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate. However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.    OTHER MATTERS**

    There are no other matters anticipated.

**8.    BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

    **A.    Plaintiffs Opening Brief Due:** May 31, 2011

    **B.    Defendant's Response Brief Due:** June 30, 2011

    **C.    Plaintiffs Reply Brief (If Any) Due:** July 15, 2011

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    **A.    Plaintiffs Statement:**  Plaintiff does not request oral argument.

    **B.    Defendant's Statement:**   Defendant does not request oral argument

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 1ST day of April, 2011.

BY THE COURT:

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Nicholas Purifoy<br>Nicholas Purifoy<br>Midland Group/Disability Professionals<br>5020 Bob Billings Parkway, Suite C<br>Lawrence, KS 66049<br>Telephone: (785) 832-8521<br>Fax: (785) 831-0006<br>npurifoy@midlandgroup.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br><br>WILLIAM PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>William.Pharo@usdoj.gov<br><br>By: s/David I. Blower<br>David I. Blower<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone:  (303) 844-1571<br>Facsimile: (303) 844-0770<br>david.blower@ssa.gov<br>Attorneys for Defendant. |